

# Missouri Court of Appeals
## Southern District

**AUGUST 11, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33743

      Re:    IN THE INTEREST OF:
             C.D.L.R., JR., a minor under seventeen
             years of age.
             GREENE COUNTY JUVENILE OFFICE,
             Petitioner-Respondent,
             vs.
             C.D.L.R.,
             Respondent-Appellant.